UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JACKSON. | Case No. 25-cv-08881-JST<br><br>**ORDER OF DISMISSAL** |

On October 16, 2025, the Court docketed a pleading and a letter received from Mr. Jackson. ECF No. 1. Because Plaintiff sought relief from this Court, the Court opened an action pursuant to these filings. That same day, the Court sent Mr. Jackson deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee, nor filed an application for leave to proceed *in forma pauperis*. ECF Nos. 2, 3. The Court instructed Mr. Jackson that he should cure these deficiencies by November 12, 2025 by filing his complaint on a complaint by a prisoner form, and either paying the filing fee or filing an application for leave to proceed *in forma pauperis*. *Id*. The Court sent Plaintiff a blank complaint form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed the required documents. Accordingly, this action is DISMISSED without prejudice for failure to meet these filing requirements. Judgment is entered against Plaintiff. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: November 25, 2025



JON S. TIGAR
United States District Judge